PATRICK BATTLES, Respondent, v. THE CITY OF NEW YORK, Appellant.—

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.